**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ROSCOE JOYNER, III**                                                                              **PLAINTIFF**

**V.**                                     **No. 5:11CV00043-JLH-BD**

**JAMIE DONALDSON,** *et al.*                                                        **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.**       **Procedure for Filing Objections**:

The following recommended disposition has been sent to United States District

Court Chief Judge J. Leon Holmes.  Any party may serve and file written objections to

this recommendation.  Objections should be specific and should include the factual or

legal basis for the objection.  If the objection is to a factual finding, specifically identify

that finding and the evidence that supports your objection.  An original and one copy of

your objections must be received in the office of the United States District Court Clerk no

later than fourteen (14) days from the date of this Recommended Disposition.  A copy

will be furnished to the opposing party.  Failure to file timely objections may result in

waiver of the right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

II.    **Background**:

On February 25, 2011, Plaintiff Roscoe Joyner, III, was an inmate at the Dumas

City Jail when he filed a Complaint under 42 U.S.C. § 1983.  (Docket entry #2)  Mr.

Joyner's accompanying motion for leave to proceed *in forma pauperis* was denied, as

incomplete.  Mr. Joyner stated in his motion that jail personnel would not complete the

custodian's part of his application.  The Court instructed Mr. Joyner to submit a new

application to proceed *in forma pauperis* and the Dumas City Jail personnel to submit a

trust fund information sheet as required by 28 U.S.C. § 1915(a).  (#3)

On March 22, 2011, Dumas Police Chief Everett Cox responded to the Court's

Order and submitted a calculation sheet.  (#5)  Chief Everett noted that Mr. Joyner had

indicated that, "he did not want a lawsuit [;] that his cell mate filled out all paperwork;

[and that] he is not sure what is in the suit."  The response also states Mr. Joyner was

released from the Dumas jail.

On April 13, 2011, Mr. Joyner was ordered to notify the Court of his new address,

after having been released from jail, and to submit a new request to proceed *in forma

pauperis* or pay the $350.00 filing fee within thirty days.  (#7)  Mr. Joyner has not

responded to the Court's order, has not paid the filing fee or submitted a new application

to proceed *in forma pauperis*, and has not notified the Court of his current address.  The

time for doing so has passed.

**III.**   **Conclusion**:

Mr. Joyner was notified that if he did not comply with the Court's April 13, 2011

Order, his case could be dismissed.  Because he has not complied with that Order, the

Court now recommends that Plaintiff Roscoe Joyner III's claims be dismissed, without

prejudice, under Local Rule 5.5(c)(2).

DATED this 9th day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE