**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROSCOE JOYNER, III                                                                                          PLAINTIFF

v.                                              No. 5:11CV00043 JLH-BD

JAMIE DONALDSON, *et al.*                                                                         DEFENDANTS

**<u>ORDER</u>**

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. No objections to the recommendation have been filed. After carefully considering the recommendation, and after conducting a *de novo* review of the record, the Court concludes that the Recommended Disposition should be approved and adopted as this Court's findings, in all respects.

Mr. Joyner's claims are dismissed without prejudice under Local Rule 5.5(c)(2) for failure to comply with the Court's April 13, 2011 Order.

IT IS SO ORDERED this 29th day of June, 2011.

                                                                                                  *J. Leon Holmes*
                                                                                            UNITED STATES DISTRICT JUDGE