**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ROSCOE JOYNER, III                                                                                         PLAINTIFF

v.                                           No. 5:11CV00043 JLH-BD

JAMIE DONALDSON, *et al.*                                                                           DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 29th day of June, 2011.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE